# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　Plaintiff,<br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00791-TJK<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h), Plaintiff Center for Biological Diversity hereby moves for summary judgement on claims challenging the Defendants' decision to downlist the American burying beetle from endangered to threatened under the Endangered Species Act, 16 U.S.C. §§ 1531-1544, as well as claims challenging the Defendants' issuance of a special Section 4(d) rule for the American burying beetle. Complaint ECF 1 at 19-21. Plaintiff seeks an order vacating the final downlisting decision and 4(d) Rule and reinstating the 1989 Listing Decision, Determination of Endangered Status for the American Burying Beetle, 54 Fed. Reg. 29,562 (July 13, 1989) ("1989 Endangered Rule").

　　　　Because Plaintiff's claims challenging the final downlisting rule and 4(d) rule will be determined based on the administrative record, no statement of undisputed material facts is required. Local Rule 7(h)(1). For the reasons set forth in the accompanying memorandum of points and authorities, Plaintiff respectfully requests this Court grant their Motion for Summary Judgment and deny any cross-motion for summary judgment filed by the Defendants. This Motion is supported by the accompanying memorandum, declarations filed concurrently, the administrative records lodged by Defendants, and a proposed order.

　　　　DATED March 15, 2022　　　　　　　　Respectfully submitted,

*/s/ Kristine M. Akland*
Kristine Akland (MT Bar No. 13787)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 7274
Missoula, MT 59807
Tel: 406-544-9863
Email: kakland@biologicaldiversity.org

Amy R. Atwood (DC Bar No. 470258)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel: 971-717-6701
Email: atwood@biologicaldiversity.org

Eric R. Glitzenstein (DC Bar No. 358287)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St., N.W., Suite 1300
Washington, D.C. 20005
(202) 849-8401
Email: eglitzenstein@ biologicaldiversity.org


*Attorneys for Plaintiff*