**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No.: 1:21-cv-00791-TJK |
| Plaintiff, | |
| v. | **DECLARATION OF** |
| | **DR. JON C. BEDICK** |
| U.S. FISH AND WILDLIFE SERVICE, *et al.,* | |
| Defendants. | |

I, JON C. BEDICK, declare as follows:

1.      I have personal knowledge of the matters stated herein, and if called as a witness, could and would competently testify thereto.

2.      I currently live in West Portsmouth, OH.

3.      I earned my M.S. and Ph.D. in Entomology at the University of Nebraska, where I completed a Master's thesis entitled "Ecology and distribution of the American burying beetle ("beetle"), *Nicrophorus americanus,* in south-central Nebraska," and a Ph.D. dissertation entitled "Insect immune reactions to purified lipopolysaccharides are mediated by eicosanoids."

4.      I am a Professor of Biology in the Department of Natural Sciences at Shawnee State University in Portsmouth, Ohio, where I teach courses on general biology, invertebrate zoology, parasitology, limnology, ecology, herpetology, environmental science, entomology, animal physiology, and human physiology.

5.      I am a member of the Center for Biological Diversity (the "Center").  I joined the Center because I support its efforts to secure a future for all species, great or small, and to prevent species like the beetle from going extinct. I support the Center's mission to protect

imperiled species and their native habitat, and I trust in the organization to take actions that

defend and promote my interests.

6.      I have worked extensively with the endangered American burying beetle over my

career, and have published several articles on the beetle or that have implications for the

conservation of the beetle, including the following:

- **Bedick, J.C**., and Hoback, W.W and Marc C. Albrecht. 2006.  High water-loss rates and rapid dehydration in the burying beetle, *Nicrophorus marginatus.* 31(1):23-29.

- **Bedick, J.C.,** Ratcliffe, B.C., and Higley, L.G. 2004.  New sampling protocol for the American burying beetle, *Nicrophorus americanus* Olivier (Coleoptera: Silphidae). Coleopterist's Bulletin. 58(1):57–70.

- **Bedick, J.C**., Ratcliffe, B.C., Hoback, W.W., Higley, L.G. 1999.  Distribution, ecology and population dynamics of the American burying beetle [*Nicrophorus americanus* Olivier (Coleoptera, Silphidae)] in south-central Nebraska, USA.  J. Insect Conser.  3:171-181.

- Rana, R.L., Hoback, W.W., Nor Aliza, A.R., **Bedick**, **J.,** and Stanley, D.W. 1997. Pre-oral digestion: a phospholipase $A_2$ associated with oral secretions in adult burying beetles, *Nicrophorus marginatus*.  Comp. Biochem. Physiol. 118B:375-380.

7.      From 1995-1997, I worked as a research assistant at the University of Nebraska

State Museum, where my research combined field and laboratory work on the beetle.

8.      I have spoken at several regional and national Entomological Society of America

meetings regarding the beetle, as well as the Michigan Entomological Society annual meeting at

the Kellogg Biological Station in Michigan in May of 1996.

9.      I have followed the efforts to conserve the beetle under the Endangered Species

Act since studying it for my Master's degree and maintain a strong interest in its survival. I plan

to go to the Wayne National Forest in the Summer of 2022 to view the beetle, which is the site of

a captive release of the species as part of efforts to recover it to more of its former range.

10.     Several factors continue to affect the beetle's survival and recovery, including but not limited to: habitat destruction and alteration from agriculture, oil and gas development and other sources, electric lights attracting beetles at night, loss of prey base, compaction of soil, and effects of pesticides.

11.     Despite additional populations of the beetle being found over the years, the species remains absent from most of its former range and its survival remains in question. To date, despite much study, the exact cause of the beetle's decline has not been adequately determined. Land use and a changing prey base are certainly part of the problem, and those factors have not improved. Moreover, in many parts of the country, intensive agricultural practices continue to degrade habitat. Urbanization and other development with increased roads and largescale transformation of the landscape renders increasing acreage unsuitable for the beetle. These factors increase the urgency to protect remaining habitat for the beetle, as well as for a host of other species that will benefit from an intact ecosystem.

12.     One other issue that has not yet been addressed is the effect climate change will have on the species. If the erratic weather with extreme fluctuations in temperature are any indication to the trend we should expect, this too could have negative impact on the species,

13.     At this point evidence suggests it is premature to downlist the American burying beetle. In the future when it can be shown that the beetle is in a state of reclaiming a greater proportion of its former range, then this question should be revisited and a downlisting to threatened might be justified.

14.     I derive academic, recreational, conservation, and aesthetic benefits from the existence of the beetle and other rare species in the wild, which is why I became a member of the Center.  My ability to study and enjoy the beetle and its habitat is entirely dependent on the

continued existence of the species.  Any action that interferes with and harms the beetle also harms my interest and enjoyment in studying this species.

15.	I fear that by removing the American burying beetle's endangered status, the U.S. Fish and Wildlife Service is decreasing my chances to observe and study the species in the wild. Searching for, viewing, and studying this species in the Southern Plains and Northern Plains analysis areas is an important part of my life and profession. It would be a tremendous loss for me if downlisting and consequent reduced protections result in the loss of the beetle from portions or all of its range.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed this 11th day of March, 2022 in West Portsmouth, OH.

JON C. BEDICK, Ph.D