# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>Defendants. | Case No.: 1:21-cv-00791-TJK<br><br>**<u>DECLARATION OF</u>**<br>**<u>CHRISTOPHER BUGBEE</u>** |

I, CHRISTOPHER BUGBEE, declare as follows:

1. I have been a member and supporter of the Center for Biological Diversity ("the Center") since 2015. I have worked for the Center as an independent contractor from 2015-2016 and was hired as a fulltime employee with the Center in June 2020, working as a Conservationist. In my professional capacity, I am responsible for ensuring that threatened and endangered species, and their habitat, receive the safeguards and protections that they are legally entitled to and depend on to endure an uncertain future.

2. I grew up in Connecticut, but now reside in Arizona. Every summer I attend a family reunion on Block Island, Rhode Island, which is also the home of one of the last relict populations of American burying beetles (ABB) east of the Mississippi River. For many years, I was unaware of their presence there, until I opportunistically encountered several of these rare animals during a walk through the Block Island National Wildlife Refuge. Upon identifying these massive and magnificent insects as a surviving relict ABB, I was exhilarated about the discovery and realized how truly special this encounter was. This event sparked my interest in the species, including its natural history and current predicament.

1

3. ABB are a symbolic relict of historic America. They are another example of a once abundant and ubiquitous resident of American fauna that was decimated or eliminated entirely because of American colonialism, just like the American bison, the ivory-billed woodpecker, and the once plentiful passenger pigeon, to which the life cycle of ABB was inextricably linked, that is now tragically extinct. In evolutionary terms, the behavioral ecology of ABB is noteworthy as it is a very rare example of a non-social insect that exhibits a high degree of parental care of its young. This species is highly scientifically valuable.

4. I regularly recreate in areas occupied by the ABB. In the coming years, I plan to visit ABB habitat on an annual basis on my summer vacation. Both as a personal hobby and in a professional capacity, I specialize in finding and documenting rare and cryptic species. I do this wherever I travel recreationally and wherever I work in a professional capacity. While I have not conducted formal research on the species, I routinely search for it in its native habitat on Block Island, RI and my wife and I have located and photographed ABB on several occasions. I enjoy knowing that it still survives on the island, and I have developed a sense of personal responsibility to ensure its continued survival moving forward. I have searched for ABB in other areas as well, where it may exist but where surveys have so far been unsuccessful. I like to think the species may still exist in other places and I plan on following up on such scientific leads in the future as time and money allows. Below is a photograph taken by my wife while we were searching for ABB on Block Island.


*Photo Credit: Aletris Neils, PhD.*

5. I was significantly disappointed when the Service proposed to downlist the ABB to "Threatened" and issued all but eliminates protections for the beetle. The International Union for Conservation of Nature, which is the gold standard of imperiled species determinations, lists the ABB as "critically endangered." A "critically endangered" designation is much more appropriate for ABB. If anything, the Service should be uplisting the ABB to Critically Endangered. Tiny relict populations are all that remain, and these are incredibly susceptible to extirpation, especially considering the backdrop of climate change, sea level rise, and increasing human development. The decision to downlist and the Service's nonprotective 4(d) rule is infuriating to me and is a blatant example of agency corruption. The primary goal should be to protect that last known populations of ABB, period.

6. I have visited areas occupied by ABB on numerous occasions and derive scientific,

aesthetic, and spiritual benefits from the continued existence of the ABB in the wild and from the habitats upon which it depends. Because it occurs on Block Island where I annually reconnect with my family, I have used ABB as an example to teach my children and my nieces and nephews about the wonders of the natural world and how vulnerable it has become. I have a nephew that wants to follow in my footsteps as a Conservation Biologist based on our time together in nature, including our excursions on Block Island. This is a firsthand example of how the ABB has inspired a young mind and a future conservation professional. This is testament enough to the ABB's importance and its right to continued existence.

7. I would suffer professional, aesthetic, spiritual, and recreational injuries from any further loss of these animals in the wild. Not only does the Downlisting and the 4(d) Rule lessen my opportunity to see the ABB in its natural habitat, the decline of another iconic, endemic American animal or the loss of its habitat would weigh on my mind and would further fuel my distrust in the conservation service of the American public, which is USFWS. The decision to downlist and issue a 4(d) rule that allows destruction of habitat is an obvious and disgusting display of political corruption and is nothing more than an offering to unsustainable extractive industries. A court order requiring the U.S. Fish and Wildlife Service to reconsider listing change would alleviate undue damage.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2022.

*[signature]* 2/16/2022

Christopher Bugbee