TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
KAMELA A. CASCHETTE, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 305-0340; Fax: (202) 305-0275
E-mail: kamela.caschette@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) ) Plaintiff, ) ) v. ) ) U.S. FISH & WILDLIFE SERVICE, et al., ) ) Defendants. ) ) | CASE NO. 1:21-cv-00791-TJK **DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

Defendants U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service; and Debra Haaland, in her official capacity as Secretary of the U.S. Department of the Interior (collectively, "Defendants"), hereby cross-move the Court to enter an order denying Plaintiff's motion for summary judgment, granting Defendants' cross-motion for summary judgment, and entering judgment in Defendants' favor on all of Plaintiffs' claims. The grounds supporting this motion are set forth in the accompanying memorandum. In accordance with the Local Civil Rules, a proposed order is attached.

Respectfully submitted on this 10th day of May, 2022.

        TODD KIM
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division
        SETH M. BARSKY, Chief
        MEREDITH L. FLAX, Assistant Chief
        Wildlife and Marine Resources Section

        */s/ Kamela A. Caschette*
        KAMELA A. CASCHETTE, Trial Attorney
        Wildlife and Marine Resources Section
        P.O. Box 7611, Ben Franklin Station
        Washington, D.C. 20044-7611
        Tel: (202) 305-0340; Fax: (202) 305-0275
        E-mail: kamela.caschette@usdoj.gov

        *Attorneys for Federal Defendants*