# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff*,

v.

U.S. FISH AND WILDLIFE SERVICE et al.,

*Defendants*.

Civil Action No. 21-791 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 21, is **DENIED**. It is further **ORDERED** that Defendants' Cross-Motion for Summary Judgment, ECF No. 24, is **GRANTED**. Judgment is hereby **ENTERED** for Defendants on Counts I–III of Plaintiff's Complaint, ECF No. 1. This is a final, appealable order. The Clerk of Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: September 30, 2023