UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Center for Biological Diversity,
                    Plaintiff

vs.                                    Civil Action No. 21-791 (TJK)

U.S. Fish and Wildlife Service, et al.,
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this  28  day of  November , 20 23 , that Center for Biological Diveristy hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the  30th  day of  September , 20 23  in favor of  U.S. Fish and Wildlife Service et al.  against said  Center for Biological Diversity.

Kristine M. Akland
Attorney or Pro Se Litigant
317 E. Spruce Street, Missoula, MT 59802
(406) 544-9863

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Kamela A. Caschette
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Kamela.Caschette@usdoj.gov