# United States Court of Appeals
### For The District of Columbia Circuit

———————

**No. 23-5285**                          **September Term, 2025**

1:21-cv-00791-TJK

Filed On: September 23, 2025 [2136583]

Center for Biological Diversity,

    Appellant

    v.

United States Fish and Wildlife Service, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of August 1, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                           BY:     /s/
                                          Daniel J. Reidy
                                          Deputy Clerk

Link to the judgment filed August 1, 2025